IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-235-BO

FILED IN OPEN COURT
ON ___3/1/2016___
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
v. )
)
DONTE JASON HINNANT )

### ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, Donte Jason Hinnant, on November 12, 2015 to violations of 18 U.S.C. §§ 922(g)(1) and 924, and the Consent to Forfeiture on 3/1 , 2016, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: a Walther, Model P38, 9mm handgun, serial number 1361, and any and all accompanying ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, Donte Jason Hinnant, and the Consent to Forfeiture, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in

1

accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3).
In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now
final as to the defendant.

2.    That upon sentencing and issuance of the Judgment and
Commitment Order, the Clerk of Court is directed to incorporate a
reference to this Order of Forfeiture in the applicable section of
the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to
all counsel of record.

SO ORDERED.    This __*l*__ day of *March,* 2016.

TERRENCE W. BOYLE
United States District Judge

2