IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-235-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DONTE JASON HINNANT, | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's request to the Federal Bureau of Prisons (BOP) that his federal sentence be served concurrently with a North Carolina state term of imprisonment and the BOP's request for the Court's position with respect to a retroactive designation. It is the Court's intention that defendant's federal sentence be concurrent to his state term of imprisonment.

Due to the foregoing, the motions before this Court related to this request [DE 65; 71; 75] are DENIED AS MOOT.

SO ORDERED, this 15 day of May, 2018.

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE